.

| | | |
|---|---|---|
| HENRY JASON CATEN<br>JENNIFER DANIELLE CATEN<br>858 DENHAM PROGRESS RD<br>BUCKATUNNA, MS 39322 | CITY OF BATON ROUGE<br>PO BOX 35131<br>SEATTLE, WA 98124 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CREDIT ACCEPTANCE<br>ATTN: BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD, MI 48034 | SALLIE MAE<br>PO BOX 9635<br>WILKES BARRE, PA 18773 |
| 21ST MORTGAGE CORP<br>ATTN: BANKRUPTCY<br>620 MARKET STREET<br>KNOXVILLE, TN 37902 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | SANTANDER BANK<br>P.O. BOX 961211<br>FORT WORTH, TX 76161 |
| AARONS<br>907 MISSISSIPPI DR<br>WAYNESBORO, MS 39367 | FDR<br>1640 S STAPLEY DRIVE<br>MESA, AZ 85204 | SMARTWAY RENTAL<br>4838 OLD HOMESTEAD RD<br>MERIDIAN, MS 39301 |
| ACIMA<br>9815 S MONROE ST<br>SANDY, UT 84070 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | SNAP FINANCE<br>P.O. BOX 26561<br>SALT LAKE CIT, UT 84126 |
| AL DEPT OF REVENUE<br>50 N RIPLEY ST<br>MONTGOMERY, AL 36132 | IMC<br>1600 22ND AVE<br>MERIDIAN, MS 39301 | SUNBELT FEDERAL CU<br>ATTN: BANKRUPTCY<br>6885 US HWY 49<br>HATTIESBURG, MS 39402 |
| BANK PLUS<br>1068 HIGHLAND COLONY P<br>RIDGELAND, MS 39157 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SUNBELT FEDERAL CU<br>1506 CONGRESS STREET<br>LAUREL, MS 39440 |
| BAPTIST MEDICAL GROUP<br>P.O. BOX 74533<br>ATLANTA, GA 30384-5333 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | VIRTUOX INC<br>5850 CORAL RIDGE DR<br>CORAL SPRINGS, FL 33076 |

```
WALMART
PO BOX 505543
SAINT LOUIS, MO 63150


WAYNE GENERAL HOSPITAL
950 MATTHEW DRIVE
WAYNESBORO, MS 39367
```