Certificate Number: 17082-MSS-DE-039932161

Bankruptcy Case Number: 25-51050



17082-MSS-DE-039932161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2025</u>, at <u>4:58</u> o'clock <u>AM MST</u>, <u>HENRY J CATEN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>August 1, 2025</u>              By:      <u>/s/Orsolya K Lazar</u>

                                          Name:   <u>Orsolya K Lazar</u>

                                          Title:   <u>Executive Director</u>