MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Henry Jason Caten and Jennifer Danielle Caten

*Debtor(s)*

Case No.: 25-51050-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Santander Consumer USA Inc., a

[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Santander Consumer USA Holdings, Inc., 75 State Street, Boston, MA 02109
> Santander Consumer US, Inc., 1601 Elm Street, Dallas, TX 75201
> Banco Santander, S.A., Av. De Cantabria s/n, 28660 Boadilla del Monte Madrid, Madrid
> (wholly owns Santander Holdings USA, Inc.)

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08-18-25

*/s/ Christopher D. Meyer*
Attorney Signature

Christopher D. Meyer
Attorney Name

103467
State Bar Number

190 E. Capitol Street, M-100
Address

Jackson, MS 39201
City, State, and Zip Code

601-355-3434
Telephone Number

cmeyer@burr.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**