_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: October 29, 2025

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **Henry Jason Caten** | **CASE NO: 25-51050 KMS** |
| **Jennifer Danielle Caten,** | |
| | **CHAPTER 13** |
| **DEBTOR(S).** | |

Christopher Meyer, Esq.
Thomas Carl Rollins, Jr., Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on November 20, 2025, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on October 14, 2025, on the Objection to Confirmation filed by Santander Bank, NA (Dkt. #18) in the above-styled case. *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##