

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 31, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    HENRY JASON CATEN                                  CASE NO. 25-51059 KMS
    JENNIFER DANIELLE CATEN,

                                                                    CHAPTER 13
            DEBTOR(S).

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #22) entered on October 29, 2025, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Objection to Confirmation filed by Santander Bank, NA (Dkt. #18) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##