United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51050-KMS
Henry Jason Caten     Chapter 13
Jennifer Danielle Caten
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 3
Date Rcvd: Nov 10, 2025    Form ID: n031    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry Jason Caten, Jennifer Danielle Caten, 858 Denham Progress Rd, Buckatunna, MS 39322-9789 |
| 5537173 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5537176 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5537178 | + | City of Baton Rouge, PO Box 35131, Seattle, WA 98124-5131 |
| 5537181 | + | Fdr, 1640 S Stapley Drive, Mesa, AZ 85204-6664 |
| 5537183 | + | IMC, 1600 22nd Ave, Meridian, MS 39301-3223 |
| 5537190 | + | Smartway Rental, 4838 Old Homestead Rd, Meridian, MS 39301-8864 |
| 5537195 | + | Virtuox Inc, 5850 Coral Ridge Dr, Coral Springs, FL 33076-3378 |
| 5537196 | + | Walmart, PO Box 505543, Saint Louis, MO 63150-5543 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Nov 10 2025 19:33:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5537171 | | Email/Text: ebn@21stmortgage.com | Nov 10 2025 19:33:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5537172 | + | Email/Text: bankruptcynotices@aarons.com | Nov 10 2025 19:33:00 | Aarons, 907 Mississippi Dr, Waynesboro, MS 39367-2439 |
| 5537175 | + | Email/Text: znotice@bankplus.net | Nov 10 2025 19:33:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5570941 | + | Email/Text: znotice@bankplus.net | Nov 10 2025 19:33:00 | BankPlus, 1068 Highland Colony Parkway, Suite 200, Ridgeland, MS 39157-8807 |
| 5544755 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 10 2025 19:33:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5537177 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 19:36:39 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5537179 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 10 2025 19:33:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5537180 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2025 19:36:46 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5537184 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2025 19:33:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5587257 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 10 2025 19:33:00 | Educational Credit Management Corporation (ECMC), PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5537182 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: n031 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 10 2025 19:36:39 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5537185 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2025 19:33:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5543918 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2025 19:36:40 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5537186 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2025 19:36:43 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5566119 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2025 19:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5537187 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2025 19:33:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5569794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2025 19:36:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5556907 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2025 19:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5537191 | | Email/Text: bankruptcy@snapfinance.com | Nov 10 2025 19:33:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 5542593 | | Email/Text: bankruptcy@revenue.alabama.gov | Nov 10 2025 19:33:00 | State of Alabama Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, Alabama 36132-0001 |
| 5537174 | | Email/Text: bankruptcy@revenue.alabama.gov | Nov 10 2025 19:33:00 | AL Dept of Revenue, 50 N Ripley St, Montgomery, AL 36132 |
| 5537188 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 10 2025 19:36:43 | Sallie Mae, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5537189 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2025 19:33:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 5540366 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2025 19:33:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5537193 | + | Email/Text: member.solutions@sunbeltfcu.org | Nov 10 2025 19:33:00 | Sunbelt Federal CU, 1506 Congress Street, Laurel, MS 39440-4239 |
| 5537192 | + | Email/Text: member.solutions@sunbeltfcu.org | Nov 10 2025 19:33:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |
| 5537194 | ^ | MEBN | Nov 10 2025 19:31:36 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5546392 | | Email/Text: EDBKNotices@ecmc.org | Nov 10 2025 19:33:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5565689 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2025 19:36:40 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5537197 | | Email/Text: twilliams@waynegeneralhospital.org | Nov 10 2025 19:33:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Nov 10, 2025 | Form ID: n031 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Henry Jason Caten trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Jennifer Danielle Caten trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51050−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Henry Jason Caten<br>858 Denham Progress Rd<br>Buckatunna, MS 39322 | Jennifer Danielle Caten<br>858 Denham Progress Rd<br>Buckatunna, MS 39322 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on November 10, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: November 10, 2025                                    Danny L. Miller, Clerk of Court