_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 PROCEEDING |
| HENRY JASON CATEN | 25-51050 KMS |
| JENNIFER DANIELLE CATEN | |
| 858 Denham Progress Rd | SSN:  XXX-XX-7145 |
| Buckatunna, MS  39322 | |

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

　　RFT PROJECT
　　attn: Payroll Dept
　　909 W PUSHMATAHA ST
　　BUTLER, AL  36904

was required to pay debtor's earnings or a portion thereof to:

　　DAVID RAWLINGS, TRUSTEE
　　LOCK P.O. BOX 871
　　HATTIESBURG, MS  39403
　　(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net