United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51050-KMS
Henry Jason Caten  Chapter 13
Jennifer Danielle Caten
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 29, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry Jason Caten, Jennifer Danielle Caten, 858 Denham Progress Rd, Buckatunna, MS 39322-9789 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | |
| | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | |
| | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Henry Jason Caten trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Joint Debtor Jennifer Danielle Caten trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6　　　　　　　　　　　User: mssbad　　　　　　　　　　　Page 2 of 2
Date Rcvd: Dec 29, 2025　　　　　　　　Form ID: pdf012　　　　　　　　Total Noticed: 1

United States Trustee
　　　　　　　　　　USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 29, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
HENRY JASON & JENNIFER DANIELLE CATEN

BANKRUPTCY CASE NO.
25-51050 KMS

## ORDER INCREASING PLAN PAYMENT

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Increase Plan Payment (DK#29) and the Court finds that no response to the Motion was filed and that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plan payment be, and the same hereby is, increased to the sum of $3,258.83 per month beginning the month of January 22, 2026.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net