_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2026**

_____**The Order of the Court is set forth below. The docket reflects the date entered.**_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                      CHAPTER 13 PROCEEDING:
  HENRY JASON CATEN                                                          25-51050 KMS
  JENNIFER DANIELLE CATEN
  858 Denham Progress Rd                                                     SSN:  XXX-XX-7145
  Buckatunna, MS  39322

### <u>RELEASE OF WAGES</u>

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    ELITE INDUSTRIAL
    ATTN: PAYROLL DEPT
    9575 BETTY'S WAY
    SEMMES, AL  36575

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net