**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Henry Jason Caten**                                    Case No. 25-51050-KMS
   **Jennifer Danielle Caten, Debtors**                    CHAPTER 13

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: June 4, 2026   Signature: /s/ Thomas C. Rollins, Jr.
            Thomas C. Rollins, Jr. (MSBN 103469)
            Jennifer Ann Curry Calvillo (MSBN 104367)
            The Rollins Law Firm, PLLC
            P.O Box 13767
            Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Henry Jason Caten**                                    Case No. 25-51050-KMS
          **Jennifer Danielle Caten, Debtors**                          CHAPTER 13

### MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1.  Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.  Debtors fell behind on the plan payments due to employment changes.

3.  Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4.  Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in June 2026.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on June 4, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HENRY JASON CATEN
JENNIFER DANIELLE CATEN

CASE NO: 25-51050

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/4/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HENRY JASON CATEN
JENNIFER DANIELLE CATEN

CASE NO:  25-51050

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/4/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2026

*Victoria Blake*
Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE  25-51050
SOUTHERN DISTRICT OF MISSISSIPPI
THU JUN 4 8-26-41 PST 2026

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

~~EXCLUDE~~

~~(U)SANTANDER BANK  NA  AS SERVICER FOR SANTAN~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

~~EXCLUDE~~

~~(D)(P)21ST MORTGAGE CORPORATION~~
~~PO BOX 477~~
~~KNOXVILLE TN 37901-0477~~

(P)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

AARONS
907 MISSISSIPPI DR
WAYNESBORO  MS 39367-2439

ACIMA
9815 S MONROE ST
SANDY  UT 84070-4296

BANK PLUS
1068 HIGHLAND COLONY P
RIDGELAND  MS 39157-8807

BANKPLUS
1068 HIGHLAND COLONY PARKWAY
SUITE 200
RIDGELAND  MS 39157-8807

BAPTIST MEDICAL GROUP
PO BOX 74533
ATLANTA  GA 30384-5333

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CITY OF BATON ROUGE
PO BOX 35131
SEATTLE  WA 98124-5131

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (E
PO BOX 16408
ST PAUL MN 55116-0408

FDR
1640 S STAPLEY DRIVE
MESA  AZ 85204-6664

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

IMC
1600 22ND AVE
MERIDIAN  MS 39301-3223

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC  29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
ST CLOUD  MN 56302-7999

(P)SNAP FINANCE
PO BOX 26561
SALT LAKE CITY UT 84126-0561

SALLIE MAE
PO BOX 9635
WILKES BARRE  PA 18773-9635

SANTANDER BANK
PO BOX 961211
FORT WORTH  TX 76161-0211

SANTANDER BANK  NA AS
SERVICER FOR SANTANDER CONSUMER USA INC
1601 ELM ST  STE 800
DALLAS  TX 75201-7260

SMARTWAY RENTAL
4838 OLD HOMESTEAD RD
MERIDIAN  MS 39301-8864

EXCLUDE

(D)(P)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

SUNBELT FEDERAL CU
1506 CONGRESS STREET
LAUREL  MS 39440-4239

SUNBELT FEDERAL CREDIT UNION
6885 US HIGHWAY 49 3
HATTIESBURG  MS 39402-7807

EXCLUDE

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US DEPARTMENT OF EDUCATION
PO BOX 16448
ST PAUL  MN 55116-0448

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

VIRTUOX INC
5850 CORAL RIDGE DR
CORAL SPRINGS  FL 33076-3378

WALMART
PO BOX 505543
SAINT LOUIS  MO 63150-5543

EXCLUDE

(P)WAYNE GENERAL HOSPITAL
950 MATTHEW DRIVE
WAYNESBORO MS 39367-2590

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

HENRY JASON CATEN
858 DENHAM PROGRESS RD
BUCKATUNNA  MS 39322-9789

EXCLUDE

JENNIFER DANIELLE CATEN
858 DENHAM PROGRESS RD
BUCKATUNNA  MS 39322-9789

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767