_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 11, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING
  HENRY JASON CATEN                                  25-51050 KMS
  JENNIFER DANIELLE CATEN
  858 Denham Progress Rd                             SSN:  XXX-XX-7145
  Buckatunna, MS  39322

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    BURKES MECHANICAL & ELECTRICAL
    Attn: Payroll Dept
    100 S Industrial Park Dr.
    Thomasville, AL  36784

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net